# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. CCB-14-0237 |
| v. | * | Civil No. CCB-16-2588 |
| | * | |
| TYWON McINTYRE | * | |

## MEMORANDUM

Tywon McIntyre has filed a motion to vacate under 28 U.S.C. § 2255 relying on the decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). McIntyre was sentenced for his conviction of Hobbs Act Robbery in violation of 18 U.S.C. § 1951(a). He was not sentenced as an Armed Career Criminal or as a career offender under mandatory guidelines. *Johnson* does not apply. The court varied upward because of the seriousness of the offense and McIntyre's criminal record, but it did not impose any "enhancement" based on a prior "crime of violence."

Accordingly, McIntyre's petition must be denied. No certificate of appealability will be issued. A separate order follows.

Date: 4/11/18

_____
Catherine C. Blake
United States District Judge